DAVID PHILIP GRAHAM (State Bar No. 269613)
3725 S. Canfield Avenue, #104
Los Angeles, California 90034
Telephone: (424) 262-1718
Email: david@dpgatlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPLER TRADING, LLC dba SIMPLER OPTIONS, a Texas limited liability company; JM3 PRODUCTIONS, INC. dba TRADE THE MARKETS, a Texas Corporation; and JOHN CARTER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAN HOANG TRAN,<br><br>　　　　　Defendant. | Case No.  2:14-cv-06405-DSF-MRW<br><br>**ANSWER OF DEFENDANT DAN HOANG TRAN TO PLAINTIFFS' COMPLAINT**<br><br>Date: September 22, 2014 |

### ANSWER TO COMPLAINT

Defendant Dan Hoang Tran ("Defendant"), by way of Answer to the Complaint filed by Simpler Trading, LLC dba Simpler Options, JM3 Productions, Inc. dba Trade the Markets, and John Carter ("Plaintiffs"), hereby states as follows:

### JURISDICTION

1. Answering Paragraph 1 of the Complaint, Defendant admits the allegations.

2. Answering Paragraph 2 of the Complaint, Defendant admits that he resides in this district. Defendant is without knowledge or information sufficient to form a belief concerning the other allegations of this Paragraph and denies them on that basis.

3. Answering Paragraph 3 of the Complaint, Defendant denies the allegations generally and specifically.

## THE PARTIES

4. Answering Paragraph 4 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

5. Answering Paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

6. Answering Paragraph 6 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

7. Answering Paragraph 7 of the Complaint, Defendant admits that he resides in this location. Defendant denies the other allegations of this Paragraph generally and specifically.

8. Answering Paragraph 8 of the Complaint, Defendant denies the allegations generally and specifically.

9. Answering Paragraph 9 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations and denies them on that basis.

## FACTS COMMON TO ALL COUNTS

10. Answering Paragraph 10 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

11. Answering Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

12. Answering Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

13. Answering Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

14. Answering Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

15. Answering Paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

16. Answering Paragraph 16 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

17. Answering Paragraph 17 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

18. Answering Paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

19. Answering Paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

20. Answering Paragraph 20 of the Complaint, Defendant denies the allegations generally and specifically.

21. Answering Paragraph 21 of the Complaint, Defendant denies the allegations generally and specifically.

22. Answering Paragraph 22 of the Complaint, Defendant denies the allegations generally and specifically.

23. Answering Paragraph 23 of the Complaint, Defendant denies the allegations generally and specifically.

24. Answering Paragraph 24 of the Complaint, Defendant denies the allegations generally and specifically.

25. Answering Paragraph 25 of the Complaint, Defendant denies the allegations generally and specifically.

**CAUSES OF ACTION**

26. Answering Paragraph 26 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

## FIRST CAUSE OF ACTION

27. Answering Paragraph 27 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

28. Answering Paragraph 28 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

29. Answering Paragraph 29 of the Complaint, Defendant denies the allegations generally and specifically.

30. Answering Paragraph 30 of the Complaint, Defendant denies the allegations generally and specifically.

31. Answering Paragraph 31 of the Complaint, Defendant denies the allegations generally and specifically.

32. Answering Paragraph 32 of the Complaint, Defendant denies the allegations generally and specifically.

## SECOND CAUSE OF ACTION

33. Answering Paragraph 33 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

34. Answering Paragraph 34 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

35. Answering Paragraph 35 of the Complaint, Defendant denies the allegations generally and specifically.

36. Answering Paragraph 36 of the Complaint, Defendant denies the allegations generally and specifically.

37. Answering Paragraph 37 of the Complaint, Defendant denies the allegations generally and specifically.

38. Answering Paragraph 38 of the Complaint, Defendant denies the allegations generally and specifically.

### THIRD CAUSE OF ACTION

39. Answering Paragraph 39 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

40. Answering Paragraph 40 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

41. Answering Paragraph 41 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations.

42. Answering Paragraph 42 of the Complaint, Defendant denies the allegations generally and specifically.

43. Answering Paragraph 43 of the Complaint, Defendant denies the allegations generally and specifically.

44. Answering Paragraph 44 of the Complaint, Defendant denies the allegations generally and specifically.

45. Answering Paragraph 45 of the Complaint, Defendant denies the allegations generally and specifically.

### FOURTH CAUSE OF ACTION

46. Answering Paragraph 46 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

47. Answering Paragraph 47 of the Complaint, Defendant denies the allegations generally and specifically.

### FIFTH CAUSE OF ACTION

48. Answering Paragraph 48 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

49. Answering Paragraph 49 of the Complaint, Defendant denies the allegations generally and specifically.

### SIXTH CAUSE OF ACTION

50. Answering Paragraph 50 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

51. Answering Paragraph 51 of the Complaint, Defendant denies the allegations generally and specifically.

52. Answering Paragraph 52 of the Complaint, Defendant denies the allegations generally and specifically.

53. Answering Paragraph 53 of the Complaint, Defendant denies the allegations generally and specifically.

54. Answering Paragraph 54 of the Complaint, Defendant denies the allegations generally and specifically.

55. Answering Paragraph 55 of the Complaint, Defendant denies the allegations generally and specifically.

## SEVENTH CAUSE OF ACTION

56. Answering Paragraph 56 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

57. Answering Paragraph 57 of the Complaint, Defendant denies the allegations generally and specifically.

58. Answering Paragraph 58 of the Complaint, Defendant denies the allegations generally and specifically.

59. Answering Paragraph 59 of the Complaint, Defendant denies the allegations generally and specifically.

60. Answering Paragraph 60 of the Complaint, Defendant denies the allegations generally and specifically.

61. Answering Paragraph 61 of the Complaint, Defendant denies the allegations generally and specifically.

62. Answering Paragraph 62 of the Complaint, Defendant denies the allegations generally and specifically.

## EIGHTH CAUSE OF ACTION

63. Answering Paragraph 63 of the Complaint, Defendant is without knowledge or information sufficient to form a belief concerning such allegations or denies such allegations generally and specifically.

64. Answering Paragraph 64 of the Complaint, Defendant denies the allegations generally and specifically.

65. Answering Paragraph 65 of the Complaint, Defendant denies the allegations generally and specifically.

66. Answering Paragraph 66 of the Complaint, Defendant denies the allegations generally and specifically.

67. Answering Paragraph 67 of the Complaint, Defendant denies the allegations generally and specifically.

## AFFIRMATIVE DEFENSES

68. As additional response to Plaintiffs' Complaint, Defendant pleads the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim for Relief)

69. Each cause of action asserted by Plaintiffs fails to state facts sufficient to state a claim for relief.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

70. Each cause of action asserted by Plaintiffs is barred in whole or in part by all applicable statutes of limitation, including without limitation 17 U.S.C. § 507(b) and California Code of Civil Procedure §§ 337, 338(c), 339, and 343.

### THIRD AFFIRMATIVE DEFENSE
(Duty to Mitigate Damages)

71. Without waiver of any of the denials herein, Plaintiffs breached their duty to make a reasonable effort to avoid or to mitigate damages. Any damages alleged by Plaintiff, if any, must be reduced by the amount attributable to their failure to mitigate damages.

### FOURTH AFFIRMATIVE DEFENSE
(Laches)

72. Each cause of action asserted by Plaintiffs is barred in whole or in part by Plaintiffs' delay in filing the Complaint against Defendant.

## FIFTH AFFIRMATIVE DEFENSE

(Authorization)

73. Defendant asserts that he had a good faith belief that he was entitled to authorization and was at all times authorized by Plaintiff with respect to any right under 17 U.S.C. § 101 et seq.

## SIXTH AFFIRMATIVE DEFENSE

(Information Readily Available)

74. Defendant cannot be liable for misappropriation of information that was readily ascertainable by proper means at the time of the alleged actions.

## SEVENTH AFFIRMATIVE DEFENSE

(Acts or Omissions of Others)

75. Any damages were not caused by Defendant and are not attributable to any unlawful acts or omissions of Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

(Lack of Authority)

76. Each cause of action asserted by Plaintiffs is barred in whole or in part on the grounds that any person who committed an unlawful or tortious act lacked authority to commit such act on behalf of Defendant.

## NINTH AFFIRMATIVE DEFENSE

(Waiver)

77. Each cause of action asserted by Plaintiffs has been waived by Plaintiffs by virtue of their own acts, omissions, conduct, and statements.

## TENTH AFFIRMATIVE DEFENSE

(Good Faith)

78. Each cause of action asserted by Plaintiffs is barred in whole or in part because Defendant acted in good faith.

ELEVENTH AFFIRMATIVE DEFENSE

(Good Faith Improver)

79. Without waiver of any of the denials herein, Plaintiff is not entitled to any equitable relief or profits because Defendant is a good faith improver to any idea or property at issue and is entitled to be compensated for the value of that improvement.

TWELFTH AFFIRMATIVE DEFENSE

(Lack of Standing)

80. Each cause of action asserted by Plaintiffs is barred in whole or in part because of Plaintiffs' lack of standing.

THIRTEENTH AFFIRMATIVE DEFENSE

(Estoppel)

81. Each cause of action is estopped from being asserted or from resulting in recovery for damages or injuries allegedly suffered by Plaintiffs as a result of any act or omission of Defendant by virtue of Plaintiffs' own acts, omissions, and conduct.

FOURTEENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

82. Plaintiffs are not entitled to the requested relief because Plaintiffs have come to the Court with unclean hands.

FIFTEENTH AFFIRMATIVE DEFENSE

(Acquiescence)

83. Each cause of action asserted by Plaintiffs is barred in whole or in part because Plaintiffs acknowledged, ratified, consented to, accepted, or acquiesced in Defendant's alleged acts or omissions.

SIXTEENTH AFFIRMATIVE DEFENSE

(Comparative Negligence)

84. Without waiver of any of the denials herein, any damages caused to Plaintiffs by the acts or omissions alleged in the Complaint were proximately caused by the acts or omissions of other parties. Such negligent acts or omissions or acts or omissions of fault must comparatively reduce the percentage of any negligence or fault attributable to Defendant. Any damages allegedly sustained by Plaintiff must be reduced in proportion to the amount of negligence or fault attributable to such other entities and persons.

### SEVENTEENTH AFFIRMATIVE DEFENSE
(Subsequent and Intervening Acts)

85. Without waiver of any of the denials herein, any damages caused to Plaintiffs by the acts or omissions alleged in the Complaint were caused by subsequent and intervening or superseding acts of third partis, such that Defendant is not responsible or liable for any damages allegedly suffered by Plaintiffs.

### EIGHTEENTH AFFIRMATIVE DEFENSE
(Preemption by Copyright Act)

86. Some of the causes of action asserted by Plaintiffs with respect to state claims are preempted by 17 U.S.C. § 101 et seq.

### NINETEENTH AFFIRMATIVE DEFENSE
(Fair Use)

87. Without waiver of any of the denials herein, any use of Plaintiffs' copyrights and trademarks by Defendant constituted fair use.

### TWENTIETH AFFIRMATIVE DEFENSE
(Equitable Estoppel)

88. Each cause of action asserted by Plaintiffs is barred in whole or in part based on the doctrine of equitable estoppel.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

(Implied License)

89. Without waiver of any of the denials herein, any use of Plaintiffs' copyrights and trademarks by Defendant were authorized by an implied non-exclusive license.

TWENTY-SECOND AFFIRMATIVE DEFENSE

(Reservation)

90. Defendant reserves the right to assert additional defenses upon improving Defendant's current insufficient knowledge or information to form a belief as to whether additional defenses are available by receiving more information through discovery or otherwise.

WHEREFORE, Defendant prays for judgment as follows:

**DEFENDANT'S PRAYER FOR RELIEF**

1. That Plaintiffs take nothing by their Complaint;
2. That the Complaint be dismissed in its entirety with prejudice;
3. That judgment be entered in favor of Defendant and against Plaintiffs on each cause of action;
4. That Plaintiffs be denied each and every prayer for relief and demand in the Complaint;
5. That Defendant be awarded reasonable attorneys' fees and costs of suit incurred here;
6. For such other further and additional relief as the Court deems just and proper.

Dated: September 22, 2014                    DAVID PHILIP GRAHAM


By: _____
      David Philip Graham

Attorney for Defendant Dan Hoang Tran