NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David Philip Graham (State Bar No. 269613)

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Simpler Trading LLC, et al;

Plaintiff(s),

v.

Dan Hoang Tran,

Defendant(s)

CASE NUMBER:

2:14-cv-06405-DSF-MRW

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ DEFENDANT _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DAN HOANG TRAN | DEFENDANT |
| SIMPLER TRADING, LLC | PLAINTIFF |
| JM3 PRODUCTIONS, LLC | PLAINTIFF |
| ROCKWELL TRADING SERVICES, LLC | PLAINTIFF |
| JOHN CARTER | PLAINTIFF |

September 29, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

DEFENDANT